IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| JOSEPH SANDERS | ) | |

OPINION AND ORDER

Based upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 175) and the objection filed by defendant Joseph Sanders (doc. no. 193); and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Joseph Sanders's objection (doc. no. 193) to the United States Magistrate Judge's recommendation is overruled;

(2) That the recommendation of the United States Magistrate Judge (doc. no. 175) is adopted; and

(3) That defendant Sanders's motion to dismiss (doc. no. 51) is denied.

\*\*\*

In adopting the magistrate judge's recommendation as to count 14 of the indictment, the court clarifies that the question of whether United States v. Fowler, 131 S. Ct. 2045 (2011), applies to defendant Joseph Sanders's prosecution for violation of 18 U.S.C. § 1512(b)(3) is unnecessary to the disposition of Sanders's motion.  The court agrees with the magistrate judge that count 14 sufficiently alleges a violation of § 1512(b)(3); it views the effect of Fowler on § 1512(b)(3) as unresolved.

DONE, this the 24th day of May, 2013.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE