IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| JOSEPH SANDERS | ) | |

OPINION AND ORDER

Based upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 175) and the objection filed by defendant Joseph Sanders (doc. no. 193); and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Joseph Sanders's objection (doc. no. 193) to the United States Magistrate Judge's recommendation is overruled;

(2) That the recommendation of the United States Magistrate Judge (doc. no. 175) is adopted; and

(3) That defendant Sanders's motion to dismiss (doc. no. 51) is denied.

\*\*\*

In adopting the magistrate judge's recommendation as to count 14 of the indictment, the court clarifies that the question of whether <u>United States v. Fowler</u>, 131 S. Ct. 2045 (2011), applies to defendant Joseph Sanders's prosecution for violation of 18 U.S.C. § 1512(b)(3) is unnecessary to the disposition of Sanders's motion.  The court agrees with the magistrate judge that count 14 sufficiently alleges a violation of § 1512(b)(3); it views the effect of <u>Fowler</u> on § 1512(b)(3) as unresolved.

DONE, this the 24th day of May, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE