IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| JOSEPH SANDERS | ) | |

## ORDER

Upon consideration of the probation officer's petition for early termination of supervised release and the included memorandum describing defendant Joseph Sanders's compliance with all terms of supervised release, his gainful employment, stable residence, and his low risk of future criminal activity, and based on the government's lack of opposition to early termination, it is ORDERED that:

(1) The petition (doc. no. 652) is granted.

(2) Defendant Joseph Sanders's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 18th day of December, 2019.

                                 /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE